UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DRAKE A. EDWARDS,

Plaintiff,

Case No. 3:26-cv-314

vs.

GOODWILL IND.,

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendants.

---

**ORDER: (1) DISMISSING THIS CASE WITHOUT PREJUDICE; (2) CERTIFYING THAT ANY APPEAL OF THIS ORDER WOULD NOT BE TAKEN IN GOOD FAITH; (3) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS*; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

On November 4, 2026, the Court issued an Order (1) adopting the Report and Recommendation ("R&R") of United States Magistrate Judge Caroline Gentry (Doc. No. 3); (2) denying *pro se* Plaintiff's[1] *in forma pauperis* application (Doc. No. 1); (3) ordering Plaintiff to pay the filing fee and administrative fee by November 10, 2026; and (4) placing Plaintiff on notice that if the fees were not paid by the deadline, his case may be dismissed. *See* Doc. No. 4. To date, Plaintiff has not made any payment.

Fed. R. Civ. P. 41(b) "permits the court to involuntarily dismiss an action if a plaintiff fails to prosecute his case or to comply with a court order." *Rogers v. City of Warren*, No. 06-3658, 2008 WL 5054337, at *4 (6th Cir. Nov. 26, 2008). District courts also have the inherent power to *sua sponte* dismiss civil actions for want of prosecution in order to manage their own affairs and

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

achieve the orderly and expeditious disposition of cases. *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962).

Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Court **CERTIFIES** that any appeal of this Order would not be taken in good faith, *see McGore v. Wrigglesworth*, 114 F.3d 601, 610–11 (6th Cir. 1997), and consequently, **DENIES** Plaintiff leave to appeal *in forma pauperis*. This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

November 20, 2026

/s *Michael J. Newman*
Hon. Michael J. Newman
United States District Judge